# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150699

MINGA PERKINS,
    Plaintiff-Appellee,

v

    SC: 150699
    COA: 317643
    Wayne CC: 12-005905-NO

HENRY FORD COMMUNITY COLLEGE,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the November 13, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015



Clerk

a1028